IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| BRIAN EUGENE PAUL, #1646997 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO.6 :16cv1221 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was assigned to United States Magistrate Judge K. Nicole Mitchell, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice for lack of subject matter jurisdiction. A copy of the Report and Recommendation was sent to Plaintiff. The docket sheet reflects that Plaintiff received a copy of the Report and Recommendation on April 19, 2017. Neither party has filed objections.

No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly, **IT IS THEREFORE**

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **18** day of **May, 2017.**

_____
Thad Heartfield
United States District Judge